### GREEN v. STATE.
### No. 18556.

Court of Criminal Appeals of Texas.

June 26, 1936.

J. D. Willis, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft, punishment assessed at confinement in the penitentiary for a term of two years.

Appellant has filed his affidavit with this court advising that he does not further desire to prosecute his appeal.

It is therefore ordered that the same be dismissed.

MORROW, P. J., absent.

### GALLAHER v. STATE.
### No. 18552.

Court of Criminal Appeals of Texas.

June 24, 1936.

Tom. M. Miller, of Graham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft, a misdemeanor, is the offense; penalty assessed at a fine of $25.

The complaint and information appear regular.

The record is before this court without statement of facts or bills of exception.

In the absence of the statement of facts, the matters set forth in the motion for rehearing cannot be appraised.

No error having been perceived, the judgment is affirmed.